Lafourche Parish Clerk of Court C-154046
B
Filed Mar 30, 2026 9:23 AM
AUBREY L. LOUPE
Deputy Clerk of Court
E-File Received Mar 30, 2026 8:48 AM

| | | |
|---|---|---|
| DWAINE SAMPEY & DELORES SAMPEY | : | SUIT NUMBER: 2026- |
| VERSUS | : | 17th JUDICIAL DISTRICT COURT |
| W&T OFFSHORE, INC. & CROSBY ENERGY SERVICES, INC. | : | LAFOURCHE PARISH, LOUISIANA |

# PETITION

Dwaine Sampey and Delores Sampey, both of the full age of majority and domiciled in Bienville Parish, Louisiana, respectfully represent:

1.

The Defendants making this petition necessary are:

a. W&T Offshore, Inc., a Texas corporation authorized to do business in Louisiana;

b. Crosby Energy Services, Inc., a corporation domiciled in Lafourche Parish;

2.

On December 7, 2025, an incident occurred on an offshore oil platform owned and operated by W&T Offshore, Inc. and/or Crosby Energy Services, Inc. A corroded tank located on the platform ruptured and released toxic chemicals which Plaintiff inhaled over the course of several hours.

3.

W&T Offshore, Inc. and/or Crosby Energy Services, Inc. owned and had control of the platform and allowed the tank to corrode and rupture, which caused Dwaine Sampey's serious and significant injuries.

4.

W&T Offshore, Inc. and/or Crosby Energy Services, Inc. knew or should have known that the tank was defective.

5.

Dwaine Sampey's injuries could have been prevented if W&T Offshore, Inc. and/or Crosby Energy Services, Inc. had exercised reasonable care, but such reasonable care was not exercised.

EXHIBIT
1

NON-CERTIFIED COPY

6.

W&T Offshore, Inc. and/or Crosby Energy Services, Inc. was negligent and caused Plaintiff's harm by:

a. Failing to maintain the tank;
b. Introducing corrosive materials into the tank;
c. Failing to observe proper safety procedures;
d. Failing to use proper protective materials; and
e. Failing to warn Plaintiff of the unsafe and defective tank.

7.

W&T Offshore, Inc. and/or Crosby Energy Services, Inc. had a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by W&T Offshore, Inc. and/or Crosby Energy Services, Inc. caused Plaintiff's injuries and harm. W&T Offshore, Inc. and/or Crosby Energy Services, Inc. was negligent in its hiring, retention, training, and supervision of its employees. This negligence was jointly a cause of Plaintiff's harm.

8.

Defendants' negligence caused harm to Plaintiff. Defendants are responsible for Plaintiff's past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) functional impairment and disability; 5) scarring and disfigurement; 6) loss of enjoyment of life; and 7) lost wages and loss of earning capacity.

9.

Delores Sampey is the wife of Dwaine Sampey and has suffered a loss of consortium due to the injuries sustained by her husband, Dwaine Sampey.

10.

Plaintiffs hereby attach discovery to this petition and ask that it be answered pursuant to the law.

11.

Plaintiffs request that Defendants be directed to produce within 30 days of the answer being filed policies of insurance that would cover the event described in this petition if a judgment was rendered for an amount within the policy limits.

NON-CERTIFIED COPY

12.

Plaintiffs' claims exceed the amount in controversy required for jurisdiction under 28 USC § 1332.

WHEREFORE, plaintiffs pray that all harms and losses caused by the Defendants be repaired by judgment.

**PLEASE SERVE:**
**W&T OFFSHORE, INC.**
Through their agent for service of process in Louisiana:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**CROSBY ENERGY SERVICES, INC.**
Through their agent for service of process:
Charles R. Crosby, Sr.
14573 HWY. 3235
Cut Off, LA 70345

MORRIS & DEWETT, LLC

By: ______________________

Seth Blackledge (La. Bar No. 39804)
661 River Highland Blvd.
Covington, LA 70433
(985) 205-3770 – Telephone
(318) 221-4560 – Facsimile
*sblackledge@morrisdewett.com*

ATTORNEYS FOR PLAINTIFF

NON-CERTIFIED COPY